COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M $ 00.406
0004279596
MAILED FROM ZIP CODE 78701
JAN 29 2015




RB UNA

2-11-15

RE: WR-80,680-02

DEVRON ALEX HODGES
- TDC #1825665

Roach
158 45 FM 164
Childress, Tx.
TDCJ